UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

VINCENT GLAZEWSKI

            Plaintiff(s)    :     **JUDGMENT**

(vs)                               Civil #09-03334  (RBK)

BAYSIDE STATE PRISON, ET AL.

            Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on October 22, 2010 and no timely objection having been filed,

IT IS, on this 23rd day of February  2011

ORDERED that the report of Hon. John W. Bissell dated October 22, 2010 is hereby affirmed and Judgment of No Cause for Action be entered in favor of defendants **Bayside State Prison, et al.** and against plaintiff **Vincent Glazewksi.**

                                                _____
                                                HON. ROBERT B. KUGLER, U.S.D.J.